AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting
Conditions of Release- Misd.



# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

AUG 0 2 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. )
)   Case No. 1:22-MJ-121 EPG
Brandon R. Ward )
)

### ORDER SETTING CONDITIONS OF RELEASE
#### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at: US District Court, Western District of Washington, Tacoma Division. 1717 Pacific Avenue, Room 3100, Tacoma, WA 98402-323

on            September 28, 2022, at 8:30 am before Magistrate Judge David Christel
                                *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 4-___-22                     _____
                                          *Defendant's signature*

Date: 8/2/22                       _____
                                          *Judicial Officer's Signature*
                                   Erica P. Grosjean, U.S. Magistrate Judge
                                          *Printed name and title*